

**George Latimer**
**County Executive**

**Office of the County Attorney**

**John M. Nonna**
**County Attorney**

> Application granted. The motion to dismiss briefing schedule is extended as follows.
>
> Defendant will file its motion to dismiss on February 7, 2023. Plaintiff's will file her opposition brief on February 21, 2023. Defendant will file its reply brief on March 7, 2023.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         January 10, 2023

**VIA ECF**
Hon. Philip M. Halpern
United States District Judge
Southern District of New York
The Charles L. Brieant Jr. U.S. Courthouse
300 Quarropas Street
White Plains, N.Y.  10601

### Re:  Newell v. Westchester County, et al., 22-cv-8524 (PMH)

Dear Judge Halpern:

      This office represents Defendant Westchester Community College in the above-referenced action.  Pursuant to your Order of December 13, 2022, the following deadlines were set: Defendant's motion to dismiss to be filed by January 17, 2023; Plaintiff's opposition to be filed by January 31, 2023, and Defendant's reply to be filed by February 14, 2023. (Dkt. 22).

      Due to unexpected travel and scheduling conflicts, I am respectfully requesting a three-week extension of the above deadlines:  Defendant's motion to dismiss to be filed by February 7, 2023; Plaintiff's opposition filed by February 21, 2023; Defendant's reply to be filed by March 7, 2023.  This is the first request for an extension.  As Plaintiff is *pro se* and I do not have her telephone number or e-mail, I am unable to reach her to obtain her timely consent.

      I thank you in advance for your time and consideration of this matter, and should your staff need to contact me, I can be reached at (914) 995-3637.

      Respectfully submitted,

      */s/ Loren Zeitler*

      Loren Zeitler
      Senior Assistant County Attorney

cc: <u>Via U.S. Mail</u>
    Kerrie Newell (*pro se* plaintiff)
    P.O. Box 133
    Georgetown, CT  06829